# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

FILED
DEC 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
)
Case No.   1:18-CR-247 LJO SKO
)
JAVIER JIMENEZ ALVAREZ )
*Defendant*

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I, __JAVIER JIMENEZ ALVAREZ__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
- ( ☑ ) to appear for court proceedings;
- ( ☑ ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( ☑ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____, with net worth of: $

( ☑ ) (3) This is a secured bond of $ $100,000.00, secured by: property posted by Javier Jimenez Alvarez and Guillermina Alvarez

    ( ☐ ) (a) $ _____, in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    _____

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

*Javier Jimenez Alvarez*

AO 98 (Rev. 12/11- EDCA [Fresno,11/13]) Appearance and Compliance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 11/30/18

*Javier Alvarez-J. 12-27-18*
*Javier Jimenez Alvarez*
Defendant's signature

GUILLERMINA ALVAREZ
Surety/property owner – printed name

*Guillermina Alvarez 12-27-18*
Surety/property owner – signature and date

JAVIER ALVAREZ
Surety/property owner – printed name

*Javier Alvarez 12-27-18*
Surety/property owner – signature and date

Surety/property owner – printed name

Surety/property owner – signature and date

Date: 12-27-2018

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk

Approved.

Date: 12/27/2018

*[signature]*
Judge's signature

STANLEY A. BOONE, U. S. Magistrate Judge