NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JAVIER JIMENEZ ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-247-LJO-SKO |
|---|---|
| Plaintiff, | APPLICATION FOR RECONVEYANCE OF DUPLICATIVE DEED; ORDER THEREON |
| v. | |
| JAVIER JIMENEZ ALVAREZ, | |
| Defendant. | |

JAVIER JIMENEZ ALVAREZ, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order reconveying a duplicate deed for real property in this action.

On December 21, 2018, real property owned by JAVIER ALVAREZ and GUILLERMINA ALVAREZ was posted as collateral for the property bond for the release of defendant Javier Jimenez Alvarez. The deed of trust in the amount of $100,000 was recorded in Kern County on property described as APN: 121-029-26, located at 1540 Haven Drive, Arvin, CA 993203, Deed Document #218167967. This recording was incorrect.

On December 27, 2018, the correct document was recorded, Deed #218169372.

Therefore, it is respectfully requested that Deed #218167967 be reconveyed.

Dated: April 12, 2019            /s/ Nicholas F. Reyes
                                                 NICHOLAS F. REYES, ESQ.
                                                 Attorney for Defendant
                                                 JAVIER JIMENEZ ALVAREZ

1

# **ORDER**

IT IS SO ORDERED that Deed #218167967 for property located at 1540 Haven Drive, Arvin, California 93203, APN#: 121-029-26, posted for the property bond in the above-captioned case be reconveyed to Javier Alvarez and Guillermina Alvarez, as it is a duplicate deed.

IT IS SO ORDERED.

Dated: **April 23, 2019**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE