NICHOLAS F. REYES, #102114
Attorney at Law
1107 "R" Street
Fresno, CA 93721
Telephone:  559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
JAVIER JIMENEZ ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAVIER JIMENEZ ALVAREZ,<br><br>　　　　　　Defendant. | CASE NO.1:18-CR-247-NONE-SKO<br><br><u>ORDER FOR WAIVER OF<br>DEFENDANT'S PRESENCE</u> |

　　　Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, JAVIER JIMENEZ ALVAREZ, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

　　　Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may set in his absence.

　　　Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

1

| | |
|---|---|
| Dated: December 1, 2021 | /s/ Javier Jimenez Alvarez<br>JAVIER JIMENEZ ALVAREZ, Defendant |

I agree and consent to my client's waiver of appearance.

| | |
|---|---|
| Dated: December 1, 2021 | /s/ Nicholas F. Reyes<br>Nicholas F. Reyes, Esq. |

IT IS ORDERED.

| | |
|---|---|
| Dated: 12/1/2021 | /s/ Sheila K. Oberto<br>U.S. Magistrate Judge |