PHILLIP A. TALBERT
United States Attorney
VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00247-NONE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CRESELDA ANN PEREZ, ET AL, | DATE: January 28, 2022 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1.   On January 7, 2022, the Court vacated the January 25, 2022, trial date previously set in this matter. [Dkt. 132]. At that hearing, the Court also set January 28, 2022, for a status conference and a hearing on the motion of the government and defendant Perez for a competency hearing. [*Id.* and Dkt. 133]. On stipulation of the government and defendant Perez, the Court later continued the competency hearing to February 25, 2022. [Dkt. 135].

2.   The parties hereby request that the Court vacate the January 28, 2022, status conference and set a trial date of May 31, 2022.

3.   By this stipulation, defendants now move to continue the status conference until May 31, 2022May 31, 2022, and to exclude time between January 28, 2022, and May 31, 2022, under Local Code T4.

4.   The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  a) The government has represented that the discovery associated with this case has been produced directly or made available to opposing counsel.

  b) Counsel for defendants desire additional time to engage in plea negotiations with the government. Additionally, counsel for defendant PEREZ requires additional time for the Court to determine whether his client is competent to stand trial. Finally, counsel for defendants Javier Jimenez Alvarez and Guillermina Alvarez has a very impacted trial schedule that he expects will continue until late May, 2022.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2022 to May 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 25, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  January 25, 2022

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
Creselda Ann Perez

Dated:  January 25, 2022

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendants
Javier Jimenez Alvarez and
Guillermina Alvarez

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 25, 2022**

UNITED STATES DISTRICT JUDGE