1  PHILLIP A. TALBERT
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:18-CR-00247-JLT

12                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                       FINDINGS AND ORDER

14  JAVIER JIMENEZ ALVAREZ,              DATE: May 31, 2022
    GUILLERMINA ALVAREZ, ET AL.          TIME: 8:30 a.m.
15                                       COURT: Hon. Jennifer L. Thurston
                    Defendants.
16

17                              **STIPULATION**

18
       1.      By previous order, this matter was set for jury trial on May 31, 2022.
19
       2.      On March 10, 2022, this court ordered the trial of Creselda Ann Perez be severed from
20
    the trials of Javier Jimenez Alvarez and Guillermina Alvarez.
21
       3.      By this stipulation, defendants Javier Jimenez Alvarez and Guillermina Alvarez now
22
    move to vacate the jury trial, reset this matter for jury trial on October 3, 2022, at 9:00 a.m. and to
23
    exclude time between May 31, 2022, and October 3, 2022, under Local Code T4.
24
       4.      The parties agree and stipulate, and request that the Court find the following:
25
       a)      The government has represented that the discovery associated with this case has
26
    been either produced directly or made available to counsel.
27
       b)      Counsel for defendants desires additional time to consult with his clients, review
28
    the current charges, conduct investigation and research relating to the charges, and otherwise

STIPULATION RE: SPEEDY TRIAL ACT; [~~PROPOSED~~]          1
FINDINGS AND ORDER

1    prepared for trial.  Counsel for defendants has an impacted trial schedule that he expects will

2    continue until October 2022.

3            c)        Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny counsel the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6            d)        The government does not object to the continuance.

7            e)        Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10            f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of May 31, 2022 to October 3, 2022,

12    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13    because it results from a continuance granted by the Court at defendants' request on the basis of

14    the Court's finding that the ends of justice served by taking such action outweigh the best interest

15    of the public and the defendant in a speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 9, 2022

PHILLIP A. TALBERT
United States Attorney


By:  /s/ MARK J. McKEON
     MARK J. McKEON
     Assistant United States Attorney


Dated:  March 9, 2022

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendants
JAVIER JIMENEZ ALVAREZ
and GUILLERMINA ALVAREZ


**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

_____
UNITED STATES DISTRICT JUDGE