PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER JIMENEZ ALVAREZ AND GUILLERMINA ALVAREZ,<br><br>Defendant. | CASE NO. 1:18-CR-00247-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL CONFIRMATION HEARING DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: September 15, 2022<br>TIME: 1:30 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on September 15, 2022.

2. By this stipulation, defendant now moves to vacate the trial confirmation hearing and set the matter for change of plea before the Court as to defendant JAVIER JIMENEZ ALVAREZ and defendant GUILLERMINA ALVAREZ for September 23, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have been informed that the Court is available for a change of plea hearing on September 23, 2022.

    b) As the defendants do not intend on going to trial, the parties request that the trial confirmation hearing date be vacated. Vacating the trial confirmation hearing date will conserve

judicial resources for a case that has been resolved.  Final signed plea agreement will be filed with the Court in advance of the September 23, 2022 change of plea.

   c) By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., through and including October 3, 2022.  For this reason, there is no need for an additional exclusion of time.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 31, 2022            PHILLIP A. TALBERT
                       United States Attorney

                       /s/ ALEXANDRE DEMPSEY
                       ALEXANDRE DEMPSEY
                       Assistant United States Attorney


Dated:  August 31, 2022            /s/ NICHOLAS REYES
                       NICHOLAS REYES
                       Attorney for Defendants
                       JAVIER JIMENEZ ALVAREZ
                       AND GUILLERMINA
                       ALVAREZ

**FINDINGS AND ORDER**

IT IS SO FOUND. At the request of the parties, the September 15, 2022 trial confirmation hearing in the above case is **VACATED** and parties shall appear on September 23, 2022 for a change of plea hearing.

IT IS SO ORDERED.

Dated:   **August 31, 2022**

_____
UNITED STATES DISTRICT JUDGE