IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVIER JIMENEZ ALVAREZ,<br><br>    Defendant. | Case No. 1:18-cr-00247-JLT-SKO<br><br>ORDER FOR RELEASE OF PASSPORT OF DEFENDANT JAVIER JIMENEZ ALVAREZ |

On October 26, 2022, the Court granted Defendant Javier Jimenez Alvarez's motion to travel to Mexico.

The Clerk of the Court is DIRECTED to release the passport of Javier Jimenez Alvarez (USA Passport No. 553568477 for Javier Jimenez Alvarez), to the custody of Lillian Sanchez, Legal Assistant to Attorney Nicholas Reyes.

The passport shall be returned by Javier Jimenez Alvarez or Lillian Sanchez not later than November 4, 2022.

IT IS SO ORDERED.

Dated: __October 26, 2022__    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE