PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER JIMENEZ ALVARES,<br><br>Defendant. | CASE NO. 1:18-CR-00247-JLT-SKO<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On September 23, 2022, defendant Javier Jimenez Alvares entered a guilty plea to Count One – Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349, and Count Twenty-Six – Conspiracy to Launder Money in violation of 18 U.S.C. § 1956(h) of the Indictment.

As part of his plea agreement with the United States, defendant Javier Jimenez Alvares agreed to forfeit voluntarily and immediately $3,397,775.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 1349 and 1956(h), to which he has pled guilty. See Defendant Hill's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Javier Jimenez Alvares in the amount of $3,397,775.00.

      2.      The above-referenced personal forfeiture money judgment is imposed based on defendant Javier Jimenez Alvares' conviction for violating 18 U.S.C. § 1349 (Count One) and 18 U.S.C. § 1956(h) (Count Twenty-Six).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

      3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of Treasury, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 2500, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

Dated:  November 16, 2022

PHILLIP A. TALBERT
United States Attorney

 /s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Javier Jimenez Alvares in the amount of $3,397,775.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **November 17, 2022**

UNITED STATES DISTRICT JUDGE